GEOFFREY A. HANSEN
Acting Federal Public Defender
JOYCE LEAVITT
Assistant Federal Public Defender
555 12th Street, Suite 650
Oakland, CA 94607-3627

Counsel for Defendant FRANCISCO SILVA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. CR 11-00534 CW (NC) |
| Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] |
| v. ) | ORDER MODIFYING CONDITIONS |
| ) | OF RELEASE TO ALLOW TRAVEL |
| FRANCISCO JOSE SILVA, ) | |
| GEISELL CECILIA OROZCO, ) | |
| ) | |
| Defendants. ) | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the conditions of release for Francisco Jose Silva and Geisell Cecilia Orozco may be modified to allow Mr. Silva and Ms. Orozco to leave the district from Friday, February 17, 2012, through Sunday, February 19, 2012, to travel with the family to Sparks, Nevada, so long as they provide an itinerary and contact information to their pretrial services officer prior to their departure. United States Pretrial Services Officer Paul Mamaril, has been notified and does not object to this requested modification. All other conditions of release would remain the same.

*U.S. v. Francisco Silva, Geisell Orozco*,
CR 11-00534 CW (NC); Travel Order        - 1 -

DATED: 02/13/12          /s/
                         JOYCE LEAVITT
                         Attorney for Francisco Silva


DATED: 02/13/12          /s/
                         LAURA ROBINSON
                         Attorney for Geisell Orozco


DATED: 02/13/12          /s/
                         ANDREW S. HUANG
                         Assistant United States Attorney

I hereby attest that I have on file all holographed signatures for any signatures indicated by a conformed signature "/s/" within this e-filed document.

## **ORDER**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the conditions of release for Francisco Jose Silva and Geisell Cecilia Orozco may be modified to allow Mr. Silva and Ms. Orozco to leave the district from February 17, 2012 through February 19, 2012 to travel to Sparks, Nevada so long as they provide an itinerary and contact information to their pretrial services officer prior to their departure.

SO ORDERED.

DATED: 2/16/12           _____
                         NATHANAEL M. COUSINS
                         United States Magistrate Judge