JEFFRY GLENN, SBN 47357
BERMAN, GLENN & HAIGHT
5 Third Street, The Hearst Building, Suite 1100
San Francisco, CA 94103
Telephone: (415) 495-3950
Fax:       (415) 495-6900
E-mail: SFLawyers@earthlink.net

Counsel for Defendant:
MERCEDES LARA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| United States of America, | CASE NO. CR 11-00534 CW |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER FOR RETURN OF PASSPORT |
| vs. | |
| Mercedes Lara, et al. | |
| Defendants. | |

IT IS HEREBY STIPULATED between the parties through counsel Andrew Huang for the United States of America and Jeffry Glenn for defendant Mercedes Lara, that defendant Mercedes Lara's U.S. Passport be returned to

defense attorney Jeffry Glenn and/or his representative. The above-captioned matter is now concluded.

Dated: November 27, 2012 _____/s/_____
JEFFRY GLENN
Attorney for Defendant Mercedes Lara

Dated: November 27, 2012 _____/s/_____
ANDREW HUANG
Assistant U.S. Attorney

## ORDER

Good cause having been shown and by Stipulation of the parties herein,

IT IS HEREBY ORDERED that the U.S. Passport for defendant Mercedes Lara be returned to defense counsel Jeffry Glenn or his representative.

IT IS SO ORDERED.

Dated: 11/28/2012

_____
HON. JUDGE CLAUDIA WILKEN
United States District Judge